United States District Court
Southern District of Texas
**ENTERED**
August 19, 2021
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| ERIK GARCIA, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) CIVIL ACTION ) ) Case No. 4:21-CV-00193 |
| ARM PROPERTIES, LLC, | ) ) |
| Defendant. | ) |

**ORDER OF DISMISSAL**

In accordance with the Joint Stipulation of Dismissal with Prejudice filed August 16, 2021, it is hereby ORDERED that this entire action, including all claims that were or could have been asserted, be dismissed with prejudice, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

It is so ORDERED on _August 18, 2021_

_____
DAVID HITTNER
UNITED STATES DISTRICT JUDGE